IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTS INTERNATIONAL INC. § § § § Plaintiff, § § v. § § TBAC INVESTMENT TRUST, SOLE § TRUSTEE, JSB JENKINS, A UNITED § STATES CITIZEN (PENNSYLVANIA § BUSINESS TRUST) and TANDY § BRANDS ACCESSORIES, INC. § § § § Defendants. § | CIVIL ACTION NO. 07-CV-10424 NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) Filed electronically. |

Plaintiff, **PARTS INTERNATIONAL, INC.**, by and through its attorneys, Cuddy & Feder LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the within action without prejudice in accordance with and subject to a written settlement agreement entered into by and between the parties on or about the 22nd day of February, 2008. This dismissal by notice is proper because no Answer or Motion for Summary Judgment has yet been served on Plaintiff.

Dated: February 27, 2008
 White Plains, New York

 CUDDY & FEDER, LLP

 By: __s/_____

 Andrew P. Schriever (Attorney #AS9788)
 Attorneys for Plaintiff
 445 Hamilton Avenue, 14th Floor
 White Plains, New York 10601
 (914) 761-1300

C&F: 881683.1