USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

MEMO ENDORSED

MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARTS INTERNATIONAL INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 07-CV-10424 (LBS) |
| § | |
| TBAC INVESTMENT TRUST, SOLE § | NOTICE OF DISMISSAL |
| TRUSTEE, JSB JENKINS, A UNITED § | WITHOUT PREJUDICE |
| STATES CITIZEN (PENNSYLVANIA § | PURSUANT TO RULE 41(a)(1) |
| BUSINESS TRUST) and TANDY § | |
| BRANDS ACCESSORIES, INC. § | |
| § | |
| Defendants. § | Filed electronically. |

Plaintiff, **PARTS INTERNATIONAL, INC.**, by and through its attorneys, Cuddy & Feder LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the within action without prejudice in accordance with and subject to a written settlement agreement entered into by and between the parties on or about the 22nd day of February, 2008. This dismissal by notice is proper because no Answer or Motion for Summary Judgment has yet been served on Plaintiff.

Dated: February 27, 2008
       White Plains, New York

                                        CUDDY & FEDER, LLP

                                    By: _____
                                        Andrew P. Schriever (Attorney #AS9788)
                                        Attorneys for Plaintiff
                                        445 Hamilton Avenue, 14th Floor
                                        White Plains, New York 10601
                                        (914) 761-1300

*So ordered*
/s/ Sand
JSP
3/17/08

C&F: 881683.1